928

No. 442. SCHWEGMANN BROTHERS ET AL. *v.* CALVERT DISTILLERS CORP.; and

No. 443. SCHWEGMANN BROTHERS ET AL. *v.* SEAGRAM-DISTILLERS CORP. C. A. 5th Cir. Certiorari granted. *John Minor Wisdom* for petitioners. *J. Blanc Monroe, Monte M. Lemann, Walter J. Suthon, Jr.* and *Robert G. Polack* for respondents. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* supporting the petition. Reported below: 184 F. 2d 11.

No. 473. BRANNAN, SECRETARY OF AGRICULTURE, *v.* ELDER ET AL.; and

No. 474. ELDER ET AL. *v.* BRANNAN, SECRETARY OF AGRICULTURE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for the Secretary of Agriculture. With him on a memorandum in No. 474 were *Acting Assistant Attorney General Clapp* and *Paul A. Sweeney.* *C. L. Dawson* and *Greene Chandler Furman* for petitioners in No. 474 and respondents in No. 473. Reported below: 87 U. S. App. D. C. ——, 184 F. 2d 219.

No. 446. CREST SPECIALTY, A LIMITED PARTNERSHIP, *v.* TRAGER, DOING BUSINESS AS TOPIC TOYS, ET AL. C. A. 7th Cir. Certiorari granted. *Clarence E. Threedy* for petitioners. *Sidney Neuman* for respondents. ▮

No. 461. MOSSER, SUCCESSOR TRUSTEE, ET AL. *v.* DARROW, FORMER TRUSTEE, ET AL. C. A. 7th Cir. Certiorari granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Carl W. Mulfinger, J. Edgar Kelly, Jacob B. Courshon* and *Stanley A. Kaplan* for petitioners. *Urban A. Lavery* and *Irving Herriott* for Darrow, respondent. *Solicitor General Perl-*